No. 873. CHINA LIQUOR DISTRIBUTING CO. ET AL. *v.* UNITED STATES. C. C. P. A. Certiorari denied. *Abraham Gottfried* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States.

No. 900. KELLER & GOETZ, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *DeBanks M. Henward III* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Morton K. Rothschild* for the United States.

No. 903. BIGGERS ET AL. *v.* CITY OF HOUSTON. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied. *Fentress Bracewell* and *William H. White* for petitioners. *John Wildenthal, Jr.,* for respondent.

No. 905. UNITED STATES *v.* NATIONAL PRESTO INDUSTRIES, INC. Ct. Cl. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States. *Robert E. Sher* and *Abraham J. Harris* for respondent.

No. 907. DOBKIN *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *Raymond W. Bergan* for petitioner. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondent.

No. 908. GARGANO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William J. Dammarell* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.